**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT VINSON BRANNUM** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Civil Action No. 03-1748 (RCL)** |
| **v.** ) | |
| ) | |
| ) | |
| **MICHAEL L. DOMINGUEZ**[1] ) | |
| **Acting Secretary of the Air Force** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, defendant's motion [27] for leave to file renewed motion for summary judgment is GRANTED. Furthermore, defendant's renewed motion [28] for summary judgment is GRANTED, and plaintiff's cross-motions [25 & 26] for summary judgment are DENIED. Judgment is hereby entered for the defendant, dismissing this case with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 7, 2005.

---

[1] Substituted pursuant to Rule 25(d), Fed.R.Civ.P.